**United States Bankruptcy Court**
**Central District of California**

IN RE:

Case No. **09-bk-18306-TA**

Esfahani, Houshang Eshghi & Esfahani, Farrah

Chapter **7**

Debtor(s)

### AMENDED SCHEDULES OR DOCUMENTS

A filing fee of $26 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added? Yes ✓ No

Indicate below which schedule(s) is(are) being amended.

A ____ B ____ C ____ D ____ E ____ F ✓ G ____ H ____ I ____ J ____

Statement of Affairs ____    Statement of Intentions ____    Other ✓

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We do hereby declare under penalty of perjury that the foregoing is true and correct.

Date: **August 22, 2009**

Signature: _____

*Debtor*

Signature: _____

*(Joint Debtor, if any)*

*** FOR COURT USE ONLY ***

FILED
AUG 26 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

# PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

Dated: **August 26, 2009**

Nancy Banuelos
*Print or Type Name*

*Signature*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

John Clifford Esq
Smith Chapman & Campbell
1800 North Broadway Suite 200
Santa Ana, CA  92706

Karen S. Naylor
Chapter 7 Trustee
Box 504
Santa Ana, CA  92702

Kenneth & Sally Franklin
C/O John Clifford Esq
1800 North Broadway Suite 200
Santa Ana, CA  92706

US Trustee
Santa Ana
411 West Fourth Street Suite 9041
Santa Ana, CA  92701

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

IN RE:                                                    Case No. **09-bk-18306-TA**

**Esfahani, Houshang Eshghi & Esfahani, Farrah**          Chapter **7**
                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 2,230,500.00 | | |
| B - Personal Property | Yes | 3 | $ 2,099,581.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 2,625,485.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 1,161,899.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 11,900.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 14,240.00 |
| TOTAL | | 16 | $ 4,330,081.00 | $ 3,787,384.00 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                    Case No. **09-bk-18306-TA**

Esfahani, Houshang Eshghi & Esfahani, Farrah            Chapter **7**
<div style="text-align:center">Debtor(s)</div>

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE Esfahani, Houshang Eshghi & Esfahani, Farrah

Case No. **09-bk-18306-TA**

Debtor(s)

(If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 24941 Nellie Gail Road, Laguna Hills, CA 92653 | | C | 1,030,500.00 | 1,212,000.00 |
| 27671 Gold Dust Lane Laguna Hills CA 92653 | Fee Simple-Owners | C | 1,200,000.00 | 1,194,000.00 |
| | | | **TOTAL** 2,230,500.00 | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE Esfahani, Houshang Eshghi & Esfahani, Farrah                    Case No. **09-bk-18306-TA**
_____
Debtor(s)                                                                                (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | $80 | | 80.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America: Checking | C | 0.00 |
| | | Wells Fargo (Farrah): Checking | C | 1.00 |
| | | Wells Fargo: Checking | C | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Misc. | | 5,000.00 |
| | | Oriental Rugs | C | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | | 1,500.00 |
| 7. Furs and jewelry. | | Jewelry | C | 2,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Esfahani, Houshang Eshghi & Esfahani, Farrah                    Case No. **09-bk-18306-TA**
_____
Debtor(s)                                                            (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Stocks in AMERICAN TOW AND AUTO REPAIRS, INC. (a Closed -California Corporation).  The Corp. may have a value of more than $4 million dollars. Shareholder, Ken Dale Franklin, has filed a lawsuit against the debtors arising from the ownership/operation of the Corporation.  The Debtor respectfully reserves the right to amend the Petition and related schedules and statements to correctly state the value of his interest in the Corporation.** | C | 2,050,000.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Ford F-150** | C | 6,000.00 |
| | | **2007 Toyota Tacoma** | | 10,000.00 |
| | | **2008 Toyota RAV-4** | C | 15,000.00 |
| | | **S430 Benz (2002)** | C | 8,000.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Esfahani, Houshang Eshghi & Esfahani, Farrah          Case No. 09-bk-18306-TA
                    Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 2,099,581.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

0 continuation sheets attached

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE Esfahani, Houshang Eshghi & Esfahani, Farrah                              Case No. **09-bk-18306-TA**
.................................................................................
                          Debtor(s)                                                         (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                      ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **$80** | **CCCP § 703.140(b)(5)** | **80.00** | **80.00** |
| **Misc.** | **CCCP § 703.140(b)(3)** | **525.00** | **5,000.00** |
| **Clothing** | **CCCP § 703.140(b)(3)** | **525.00** | **1,500.00** |
| | **CCCP § 703.140(b)(5)** | **370.00** | |
| **Jewelry** | **CCCP § 703.140(b)(4)** | **1,350.00** | **2,000.00** |
| | **CCCP § 703.140(b)(5)** | **650.00** | |
| **2004 Ford F-150** | **CCCP § 703.140(b)(2)** | **3,300.00** | **6,000.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Esfahani, Houshang Eshghi & Esfahani, Farrah _____   Case No. **09-bk-18306-TA**
_____Debtor(s)_____                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Bank Of America<br>Bankruptcy<br>Box 26012<br>Greensboro, NC  27410 | | C | 2nd Deed of Trust: 24941 Nellie Gail Road, Laguna Hills, CA 92653<br><br>VALUE $ 1,030,500.00 | | | | 275,000.00 | 181,500.00 |
| ACCOUNT NO.<br>Countrywide Home Loans<br>Bankruptcy-SV-314B<br>Box 5170<br>Simi Valley, CA  93062 | | C | Mortgage: 24941 Nellie Gail Road, Laguna Hills, CA 92653<br><br>VALUE $ 1,030,500.00 | | | | 937,000.00 | |
| ACCOUNT NO.<br>Kamal Alakamus<br>C/O Victor Cueto<br>2700 North Main Street #1040<br>Santa Ana, CA  92705 | | C | Personal Loan: Purchase of American Tow and Auto Repair<br><br>VALUE $ | | | | 200,000.00 | 200,000.00 |
| ACCOUNT NO. 0016501406<br>TOYOTA MOTOR CREDIT<br>Bankruptcy<br>Box 8026<br>Cedar Rapids, IA  52408 | X | | 2007 Toyota Tacoma: Auto Loan<br><br>VALUE $ 25,000.00 | | | | 2,900.00 | |

_ _ _ _ **1** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ 1,414,900.00 | $ 381,500.00 |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE Esfahani, Houshang Eshghi & Esfahani, Farrah          Case No. 09-bk-18306-TA
_____                    _____
Debtor(s)                                                   (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**TOYOTA MOTOR CREDIT**<br>**Bankruptcy**<br>**Box 8026**<br>**Cedar Rapids, IA 52408** | X | C | **May 2008: Auto Loan: Toyota RAV-4**<br><br><br>VALUE $ **15,000.00** | | | | **16,585.00** | **1,585.00** |
| ACCOUNT NO.<br>**Wells Fargo Mortgage**<br>**Bankruptcy**<br>**3476 Stateview Blvd**<br>**Fort Mill, SC 29715** | | C | **Nov. 2005: Mortgage: 27671 Gold Dust Lane, Laguna Hills CA**<br><br>VALUE $ **1,200,000.00** | | | | **996,000.00** | |
| ACCOUNT NO.<br>**Wells Fargo Mortgage**<br>**Bankruptcy**<br>**3476 Stateview Blvd**<br>**Fort Mill, SC 29715** | | C | **2nd Deed of Trust: 27671 Gold Dust Lane, Laguna Hills**<br><br>VALUE $ **1,200,000.00** | | | | **198,000.00** | |
| ACCOUNT NO.<br><br><br> | | | <br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br>VALUE $ | | | | | |

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **1,210,585.00** | $ **1,585.00** |
| Total (Use only on last page) | $ **2,625,485.00** | $ **383,085.00** |

(Report also on Summary of Schedules.)          (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE Esfahani, Houshang Eshghi & Esfahani, Farrah    Case No. **09-bk-18306-TA**
        Debtor(s)                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Esfahani, Houshang Eshghi & Esfahani, Farrah                Case No. **09-bk-18306-TA**
_____                  _____
                        Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4339-9319-1166-3813**<br><br>**Bank Of America**<br>**Bankruptcy**<br>**Box 26012**<br>**Greensboro, NC 27410** | X | C | **Revolving credit card charges (personal & business) incurred over the past several years.** | | | | **7,145.00** |
| ACCOUNT NO. **4264-2877-9944-1585**<br><br>**Bank Of America**<br>**Bankruptcy**<br>**Box 26012**<br>**Greensboro, NC 27410** | | C | **Revolving credit card charges incurred over the past several years.** | | | | **9,152.00** |
| ACCOUNT NO. **12000041428**<br><br>**JAMS**<br>**500 N State College Blvd 14th Floor**<br>**Orange, CA 92868** | | C | **Arbitration Fee: August 2009** | | | | **11,600.00** |
| ACCOUNT NO.<br><br>**Jose C Mericle**<br>**7731 Painter Avenue**<br>**Whittier, CA 90602** | | C | **Accouning Analysis for American Tow Litigation: Dec. 2007-Dec. 2008)** | | | | **14,750.00** |

**2** continuation sheets attached

|  | Subtotal (Total of this page) | $ | **42,647.00** |
|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Esfahani, Houshang Eshghi & Esfahani, Farrah                    Case No. 09-bk-18306-TA
_____                              _____
Debtor(s)                                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Kaveh Ardalan <br> Attorney At Law <br> 2100 North Broadway Suite 200 <br> Santa Ana, CA  92705** | | C | **July 2008: Legal Services: Ex Parte Appearance Fee** | | | | 650.00 |
| ACCOUNT NO. **06CC12388** <br> **Kenneth & Sally Franklin <br> C/O John Clifford Esq <br> 1800 North Broadway Suite 200 <br> Santa Ana, CA  92706** | | C | **Complaint by Ken and Sally Frankling (shareholders in American Tow & Auto Repairs, Inc.) for breach of shareholder agreement, breach of fiduciary duties, etc. Plaintiff claims damages in excess of $1,000,000 million. The action is currently pending in Orange County Superior Court (Department C21). <br> Subject to Setoff** | | | X | 1,000,000.00 |
| ACCOUNT NO. **25893** <br> **Michael S Magnuson <br> Attorney At Law <br> 13215 Penn Street Suite 205 <br> Whittier, CA  90602** | | C | **Legal Services (American Tow): 2008** | | | | 51,516.00 |
| ACCOUNT NO. **Invoice No. 15345** <br> **Mitchel B Hannah <br> Attorney At Law <br> 9900 Research Drive <br> Irvine, CA  92618** | | C | **Legal Fees (July 02, 2009)** | | | | 9,160.00 |
| ACCOUNT NO. **1160&1175** <br> **Mokri & Associates <br> 1851 East First Street Suite 900 <br> Santa Ana, CA  92705** | | C | **2008-2009: Legal Services** | | | | 19,631.00 |
| ACCOUNT NO. **141572** <br> **Singerlewak <br> 10960 Wilsire Blvd Suite 1100 <br> Los Angeles, CA  90024** | | C | **Litigation Services (Jamie Holmes)** | | | | 14,780.00 |
| ACCOUNT NO. **161793257** <br> **Sprint <br> Box 54977 <br> Los Angeles, CA  90054** | | C | **Cellular Phone Service** | | | | 679.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. ___**1**___ of ___**2**___ continuation sheets attached to                                                                Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                                                    (Total of this page) | $ 1,096,416.00 |

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  |$ |

B6F (Official Form 6F) (12/07) - Cont.

IN RE Esfahani, Houshang Eshghi & Esfahani, Farrah                    Case No. 09-bk-18306-TA
         Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4856-2002-2038-4252**<br><br>**Wells Fargo**<br>**Box 98751**<br>**Las Vegas, NV 89193** | X | C | **Personal and Business transactions/purchases during the last few months.** | | | | **11,986.00** |
| ACCOUNT NO. **4465-4201-7153-6139**<br><br>**Wells Fargo**<br>**Box 98751**<br>**Las Vegas, NV 89193** | | C | **Revolving credit card charges incurred over the past several years.** | | | | **10,850.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ **22,836.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ **1,161,899.00**

© 1993-2009 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE Esfahani, Houshang Eshghi & Esfahani, Farrah    Case No. **09-bk-18306-TA**
<br>Debtor(s)    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| CHA/BIC Corp.<br>8959 Chapman Ave<br>Garden Grove, CA 92841<br><br>American Tow And Auto Repair<br>10641 Stanford Avenue<br>Garden Grove, CA 92840<br><br>Kenneth & Sally Franklin<br>C/O John Clifford Esq<br>1800 North Broadway Suite 200<br>Santa Ana, CA 92706 | Lease: 10641 Stanford Ave., Garden Grove, CA 92840 |
| Nutwood Properties<br><br>American Tow And Auto Repair<br>10641 Stanford Avenue<br>Garden Grove, CA 92840<br><br>Kenneth & Sally Franklin<br>C/O John Clifford Esq<br>1800 North Broadway Suite 200<br>Santa Ana, CA 92706 | Lease: 12794 Nutwood Street, Garden Grove, CA 92840 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE Esfahani, Houshang Eshghi & Esfahani, Farrah

Debtor(s)

Case No. **09-bk-18306-TA**

(If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **American Tow And Auto Repair**<br>**10641 Stanford Avenue**<br>**Garden Grove, CA  92840** | **Wells Fargo**<br>**Box 98751**<br>**Las Vegas, NV  89193**<br><br>**Bank Of America**<br>**Bankruptcy**<br>**Box 26012**<br>**Greensboro, NC  27410**<br><br>**TOYOTA MOTOR CREDIT**<br>**Bankruptcy**<br>**Box 8026**<br>**Cedar Rapids, IA  52408** |
| **Michael Tabarsi**<br>**1927A Harbor Blvd Suite 110**<br>**Costa Mesa, CA  92627** | **TOYOTA MOTOR CREDIT**<br>**Bankruptcy**<br>**Box 8026**<br>**Cedar Rapids, IA  52408** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B61 (Official Form 61) (12/07)

IN RE Esfahani, Houshang Eshghi & Esfahani, Farrah                    Case No. 09-bk-18306-TA
_____
Debtor(s)                                                                    (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S): | | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **See Schedule Attached** | **See Schedule Attached** |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | 1,200.00 | $ | 6,400.00 |
| 2. Estimated monthly overtime | $ | | $ | |
| **3. SUBTOTAL** | $ | 1,200.00 | $ | 6,400.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and Social Security | $ | 300.00 | $ | 1,400.00 |
| b. Insurance | $ | | $ | |
| c. Union dues | $ | | $ | |
| d. Other (specify) | $ | | $ | |
| | $ | | $ | |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | 300.00 | $ | 1,400.00 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | 900.00 | $ | 5,000.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ | |
| 8. Income from real property | $ | 4,800.00 | $ | |
| 9. Interest and dividends | $ | | $ | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ | |
| 11. Social Security or other government assistance (Specify) | $ | | $ | |
| | $ | | $ | |
| 12. Pension or retirement income | $ | | $ | |
| 13. Other monthly income (Specify) **Rent And Living Exp. (Sasha Esfahani, Son)** | $ | 1,200.00 | $ | |
| | $ | | $ | |
| | $ | | $ | |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | 6,000.00 | $ | |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | 6,900.00 | $ | 5,000.00 |

| **16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ | 11,900.00 |
|---|---|---|

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

*(vertical left margin)* © 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Esfahani, Houshang Eshghi & Esfahani, Farrah
Debtor(s)

Case No. **09-bk-18306-TA**

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Nurse** | **Nurse** |
| Name of Employer | **Davita RTC-California** | **RAI** |
| How long employed | | |
| Address of Employer | **Box 2076** | **115 East Park Drive #300** |
| | **Tacoma, WA  98401** | **Brentwood, TN  37027** |
| | | |
| Occupation | | **Nurse** |
| Name of Employer | **Unemployed** | **St. Joseph Hospital** |
| How long employed | | |
| Address of Employer | | **1100 West Steward Drive** |
| | | **Orange, CA  92868** |

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE Esfahani, Houshang Eshghi & Esfahani, Farrah                      Case No. **09-bk-18306-TA**
_____Debtor(s)_____                  (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 5,200.00 |
|    a. Are real estate taxes included?   Yes ✓ No | | |
|    b. Is property insurance included?   Yes ✓ No | | |
| 2. Utilities: | | |
|    a. Electricity and heating fuel | $ | 300.00 |
|    b. Water and sewer | $ | 100.00 |
|    c. Telephone | $ | 100.00 |
|    d. Other  **Cable & Internet** | $ | 140.00 |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | |
|    b. Life | $ | |
|    c. Health | $ | 300.00 |
|    d. Auto | $ | 200.00 |
|    e. Other | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) | $ | |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | |
|    b. Other  **Mortgage (Nellie Gail Property)** | $ | 6,600.00 |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other | $ | |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.                   | $ | 14,240.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 11,900.00 |
|    b. Average monthly expenses from Line 18 above | $ | 14,240.00 |
|    c. Monthly net income (a. minus b.) | $ | -2,340.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Esfahani, Houshang Eshghi & Esfahani, Farrah**                     Case No. **09-bk-18306-TA**
<div align="center">Debtor(s)</div>                                                                                    <div align="right">(If known)</div>

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **18** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 26, 2009** _____     Signature: */s/ Houshang E Esfahani*

                                     **Houshang E Esfahani** <div align="right">Debtor</div>

Date: **August 26, 2009** _____     Signature: */s/ Farrah Esfahani*

                                     **Farrah Esfahani** <div align="right">(Joint Debtor, if any)</div>

<div align="right">[If joint case, both spouses must sign.]</div>

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ _____ (the president or other officer or an authorized agent of the corporation or a

member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                                          <div align="right">(Print or type name of individual signing on behalf of debtor)</div>

<div align="center">*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*</div>

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

## United States Bankruptcy Court
## Central District of California

IN RE:                                                                          Case No. **09-bk-18306-TA**

**Esfahani, Houshang Eshghi & Esfahani, Farrah**                                Chapter **7**
<div style="text-align:center">Debtor(s)</div>

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13. a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children. state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation: a partner, other than a limited partner, of a partnership: a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT   SOURCE
   0.00   **Spouse's year to date: $73,000**
          **Debtor's year to date: The Debtor did not receive any income from American Tow.**

**2008 Income: $156,000**
**2007 Income: $150,000**

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade. profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Countrywide Home Loans**<br>**Bankruptcy-SV-314B**<br>**Box 5170**<br>**Simi Valley, CA 93062** | **Monthly Mortgage Payment $6,051** | **0.00** | **0.00** |
| **Wells Fargo Mortgage**<br>**Bankruptcy**<br>**3476 Stateview Blvd**<br>**Fort Mill, SC 29715** | **Monthly Mortgage Payment; $5,200** | **0.00** | **0.00** |
| **Bank Of America**<br>**Bankruptcy**<br>**Box 26012**<br>**Greensboro, NC 27410** | **Monthly Mortgage Payment: $562** | **0.00** | **0.00** |

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Ken Dale Franklin v. American**<br>**Auto (2 related lawsuits):**<br>**06CC12388 & 07CC03369)** | **Shareholder Disputes** | **Orange County Superior Court** | **Pending** |

**Plaintiff, Kenneth Dale Franklin, present demand against the debtor is about $1,000,000.**

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**8. Losses**

None ☑ List all losses from fire. theft. other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons. including attorneys. for consultation concerning debt consolidation. relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Kaveh Ardalan, Attorney at Law 1851 East First Street Suite 900 Santa Ana, CA 92705 | 8/08/2009 | 1,200.00 |

**10. Other transfers**

None ☑ a. List all other property. other than property transferred in the ordinary course of the business or financial affairs of the debtor. transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed. sold. or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking. savings. or other financial accounts. certificates of deposit. or other instruments; shares and share accounts held in banks. credit unions. pension funds. cooperatives. associations. brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities. cash. or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor. including a bank. against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed. unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case. list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed. report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state. commonwealth. or territory (including Alaska. Arizona. California. Idaho. Louisiana. Nevada. New Mexico. Puerto Rico. Texas. Washington. or Wisconsin) within **eight years** immediately preceding the commencement of the case. identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL- SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| American Tow And Auto Repair | | 10641 Stanford Avenue Garden Grove, CA 92840 | AAA Approved Repair Shop | 2003-Present |

**Plaintiffs, Kenneth Dale & Sally Franklin, have brought a shareholder suit against the debtors (breach of cont., breach of fiduciary duty, etc.) (demand = $1,000,000).**

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**19. Books, records and financial statements**

None a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the
☐ keeping of books of account and records of the debtor.

NAME AND ADDRESS                                      DATES SERVICES RENDERED
**Self-Prepared**

**Debtors no longer have access to corporation books and records.**

None b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account
☑ and records, or prepared a financial statement of the debtor.

None c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the
☑ debtor. If any of the books of account and records are not available, explain.

None d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued
☑ within the **two years** immediately preceding the commencement of the case by the debtor.

**20. Inventories**

None a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the
☐ dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market, or other basis) |
|  | **N/A** |  |

**Debtors no longer have access to corp. records.**

None b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☑

**21. Current Partners, Officers, Directors and Shareholders**

None a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☑

None b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls,
☐ or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
|  |  | OF STOCK OWNERSHIP |
| NAME AND ADDRESS | TITLE |  |
| **Kenneth & Sally Franklin** |  | **Franklins and the Debtors each own 50** |
| **C/O John Clifford Esq** |  | **percent of the shares** |
| **1800 North Broadway Suite 200** |  |  |
| **Santa Ana, CA  92706** |  |  |

**However, Kamal Alakamus, claims 20 percent ownership.**

**22. Former partners, officers, directors and shareholders**

None a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement
☑ of this case.

None b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately
☑ preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
☑ bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this
case.

**24. Tax Consolidation Group**

None If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax
☑ purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **August 26, 2009**        Signature  */s/ Houshang E Esfahani*
                                    of Debtor                                      **Houshang E Esfahani**

Date: **August 26, 2009**        Signature  */s/ Farrah Esfahani*
                                    of Joint Debtor
                                    (if any)                                     **Farrah Esfahani**

                                        **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

February 2006                                                          2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re<br>**Esfahani, Houshang & Esfahani, Farrah**<br><div align="right">Debtor(s).</div> | CHAPTER:**7**<br><br>CASE NO.: |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, **Esfahani, Houshang** _____, the debtor in this case, declare under penalty
<div align="center"><i>(Print Name of Debtor)</i></div>
of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
no payment from any other employer.

☒ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, **Esfahani, Farrah** _____, the debtor in this case, declare under penalty
<div align="center"><i>(Print Name of Joint Debtor, if any)</i></div>
of perjury under the laws of the United States of America that:

☒ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the
60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received
no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date: **August 8, 2009** _____    Signature */s/ Houshang Esfahani* _____
<div align="right"><i>Debtor</i></div>

Date: **August 8, 2009** _____    Signature */s/ Farrah Esfahani* _____
<div align="right"><i>Joint Debtor (if any)</i></div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*DaVita.*

0875 / 0875

RTC - California
P.O. Box 2076
Tacoma, WA 98401-2076

Period Ending: 08/08/2009
Check Date: 08/14/2009
Check Number: 0008888379
Batch Number: 0000000000222

Page 001 of 001

Taxable Marital Status: M

Exemptions/Allowances
Fed: 01
CA: 00

Social Security #: xxx-xx-4688
Hourly Rt: 38.320

Add'l

FARRAH ESFAHANI
24941 Nellie Gail Rd
Laguna Hills, CA 92653

| Earnings | | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Wk1 CA Reg | 38.3200 | 8.00 | 306.56 | 306.56 |
| Wk2 CA Reg | 38.3200 - | 8.00 | 306.56 | 306.56 |
| Wk1 OT | 57.4800 | 3.99 | 229.35 | 3752.68 |
| Wk2 OT | 57.4800 | 4.00 | 229.92 | 0.00 |
| Wk2 DT | 76.6400 | 0.17 | 13.03 | 2758.47 |
| Ho1 Wkd | 0.0000 | 0.00 | 0.00 | 282.80 |
| Village | 0.0000 | 0.00 | 0.00 | 689.76 |
| Victory | 0.0000 | 0.00 | 0.00 | 32.26 |
| NoMealRest | 0.0000 | 0.00 | 0.00 | 276.45 |
| | | | | 38.32 |

| Taxes | Current | YTD |
|---|---|---|
| Fed Withholding | 34.16 | 289.98 |
| Fed MED/EE | 15.74 | 113.55 |
| Fed OASDI/EE | 67.30 | 485.51 |
| CA Withholding | 13.35 | 101.50 |
| CA SDI FIDI | 11.94 | 86.14 |

| Gross Pay | 24.16 | 1085.42 | 7830.74 |

**Pre-Tax Deductions**

| Total Pre-tax | 0.00 | 0.00 |

**Other Benefits**

| Total Taxable (*) Benefits | 0.00 | 0.00 |
| Total Non-taxable Benefits | 0.00 | 0.00 |
| Net Pay | | 942.93 |
| Fed.Taxable Wages | 1085.42 | 7830.74 |

| Total Taxes | 142.49 | 1076.68 |

**After Tax Deductions**

| Total After Tax D | 0.00 | 0.00 |

Direct Deposit Summary

| Trans Type | Account | Amount |
|---|---|---|
| Net Check | | 942.93 |

Current 401K Contribution % 0.00

TEAR HERE    ©1998, 2006. ADP, Inc. All Rights Reserved.

**DaVita.**

FCU51478 VUD5184 84Y
0875 / 0875

RTC - California
P.O. Box 2076
Tacoma, WA 98401-2076

| | |
|---|---|
| Period Ending: | 07/08/2009 |
| Check Date: | 07/17/2009 |
| Check Number: | 0008669712 |
| Batch Number: | 0000000000218 |

Page 001 of 001

FARRAH ESFAHANI
24941 Nellie Gail Rd
Laguna Hills, CA 92653

Taxable Marital Status: M
Exemptions/Allowances
Fed: 01
CA: 00                  Add'l
Social Security #: xxx-xx-4688
Hourly Rt: 38.320

| Earnings | Hours | This Period | Year-to-Date |
|---|---|---|---|
| Village | 0.0000 | 32.26 | 32.26 |
| CA Reg | 0.000 | 0.00 | 2526.44 |
| OT | 0.0000 | 0.00 | 1839.36 |
| OT | 0.000 | 0.00 | 209.22 |
| Victory | 0.0000 | 0.00 | 276.45 |
| NoMealRest | 0.0000 | 0.00 | 38.32 |
| **Gross Pay** | | **32.26** | **4922.05** |

**Pre-Tax Deductions**

| | | |
|---|---|---|
| Total Pre-Tax | 0.00 | 0.00 |

**Other Benefits**

| | | |
|---|---|---|
| Total Non-Taxable Benefits | 0.00 | 0.00 |

| Taxes | Current | YTD |
|---|---|---|
| Fed Withholding | 8.07 | 110.98 |
| Fed MED/EE | 0.47 | 71.37 |
| Fed OASDI/EE | 2.00 | 305.17 |
| CA Withholding | 1.94 | 52.56 |
| CA SDI FTDI | 0.35 | 54.14 |
| **Total Taxes** | **12.83** | **594.22** |

**After Tax Deductions**

| | | |
|---|---|---|
| Total After Tax | 0.00 | 0.00 |

**Direct Deposit Summary**
Net Check    0.00

| Trans Type | Account | Amount |
|---|---|---|
| Net Check | | 19.43 |

| | | |
|---|---|---|
| Total Taxable (*) Benefits | 0.00 | 0.00 |
| Total Non-Taxable Benefits | 0.00 | 0.00 |
| Net Pay | 19.43 | |
| Fed Taxable Wages | 32.26 | 4922.05 |

Current 401K Contribution %   0.00

TEAR HERE    ©1998, 2006. ADP, Inc. All Rights Reserved.

# DaVita

PCSCY4 00031H149
0875 / 0875

RTC - California
P.O. Box 2076
Tacoma, WA 98401-2076

Taxable Marital Status: M
Exemptions/Allowances      Add'l
    Fed: 01
    CA: 00
Social Security #: xxx-xx-4688
Hourly Rt: 38.320

Period Ending: 07/11/2009
Check Date: 07/17/2009
Check Number: 0008874414
Batch Number: 0000000219

Page 001 of 001

**FARRAH ESFAHANI**
24941 Nellia Gail Rd
Laguna Hills, CA 92653

| Earnings | | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Wk1 CA Reg | 38.3200 | 16.00 | 613.12 | 3139.56 |
| Wk1 OT | 57.4800 | 8.00 | 459.84 | 2299.20 |
| Wk1 Hol Wkd | 57.4800 | 12.00 | 689.76 | 689.76 |
| Wk1 DT | 76.6400 | 0.79 | 60.55 | 269.77 |
| Village | 0.0000 | 0.00 | 0.00 | 32.26 |
| Victory | 0.0000 | 0.00 | 0.00 | 276.45 |
| NoMealRest | 0.0000 | 0.00 | 0.00 | 38.32 |

**Gross Pay**       36.79       1823.27       6745.32

## Pre-Tax Deductions

**Total Pre-Tax**       0.00       0.00

## Other Benefits

**Total Benefits**       0.00       0.00

| Taxes | Current | YTD |
|---|---|---|
| Fed Withholding | 144.84 | 255.82 |
| Fed MED/EE | 26.44 | 97.81 |
| Fed OASDI/EE | 113.04 | 418.21 |
| CA Withholding | 35.59 | 88.15 |
| CA SDI FTDI | 20.06 | 74.20 |

**Total Taxes**       339.97       934.19

## After Tax Deductions

**Total After Tax**       0.00       0.00

**Net Check**       0.00       0.00

| Direct Deposit Summary | | | |
|---|---|---|---|
| **Trans Type** | **Account** | | **Amount** |
| Net Check | | | 1,483.30 |

| Total Taxable (*) Benefits | 0.00 | 0.00 |
| Total Non-Taxable Benefits | 0.00 | 0.00 |
| Net Pay | 1483.30 | 5831.13 |
| Fed Taxable Wages | 1823.27 | 6745.32 |

Current 401K Contribution % 0.00

TEAR HERE        ©1998, 2006. ADP, Inc. All Rights Reserved.

**RAI**
RENAL ADVANTAGE INC.

115 EAST PARK DRIVE
SUITE 300
BRENTWOOD, TN 37027

| Period Beginning: | 07/26/2009 |
|---|---|
| Period Ending: | 08/08/2009 |
| Pay Date: | 08/14/2009 |

FARRAH ESFAHANI
27671 GOLD DUST LANE
LAGUNA HILLS CA 92653

Social Security Number: XXX-XX-4688

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
CA: 1

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.7600 | 48.00 | 1,764.48 | 26,779.73 |
| Over Time | 55.0634 | 12.00 | 660.76 | 20,047.07 |
| Over Time | 55.1400 | 12.00 | 661.68 | |
| Ltd Taxable | | | 11.16 | 189.72 |
| Shift Different | 3.6800 | -.50 | -1.84 | -1.84 |
| Double Time | | | | 10.19 |
| Ptc | | | | 8,669.10 |
| **Gross Pay** | | | **$3,096.24** | 55,693.97 |

Your federal taxable wages this period are
$2,960.02

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -315.35 | 6,276.41 |
| Social Security Tax | -183.52 | 3,316.14 |
| Medicare Tax | -42.92 | 775.55 |
| CA State Income Tax | -99.40 | 1,904.09 |
| CA SUI/SDI Tax | -32.49 | 587.10 |

| Other | | |
|---|---|---|
| Dental Pretax | -21.55* | 351.63 |
| Employee Life | -22.11 | 375.87 |
| Life Child | -0.17 | 2.89 |
| Lt Disability | -11.16 | 189.72 |
| Medical Pretax | -108.46* | 1,760.74 |
| Spouse Life | -3.15 | 53.55 |
| Vision Pretax | -12.90* | 209.18 |
| **Net Pay** | **$2,243.06** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| G T L | 6.69 | 113.73 |
| Employee Id | | 0G44666 |
| P T O Balance | | 223.72 |

* Excluded from federal taxable wages

TEAR HERE    ©1998, 2006. ADP, Inc. All Rights Reserved.

*ADP*

**RENAL ADVANTAGE INC.**

**RAI**

115 EAST PARK DRIVE
SUITE 300
BRENTWOOD, TN 37027

Social Security Number: XXX-XX-4688

Taxable Marital Status:  Married
Exemptions/Allowances:
Federal:        1
CA:             1

| Period Beginning: | 07/12/2009 |
| Period Ending: | 07/25/2009 |
| Pay Date: | 07/31/2009 |

FARRAH ESFAHANI
27671 GOLD DUST LANE
LAGUNA HILLS CA 92653

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.7600 | 40.00 | 1,470.40 | 25,015.25 |
| Double Time | 73.5200 | .01 | 0.74 | 10.19 |
| Over Time | 55.1400 | 19.98 | 1,101.70 | 18,724.63 |
| Ltd Taxable | | | 11.16 | 178.56 |
| Pto | 42.9000 | 12.00 | 514.80 | 8,669.10 |
| **Gross Pay** | | | **$3,098.80** | 52,597.73 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | this period | year to date |
| Federal Income Tax | | -315.73 | 5,961.06 |
| Social Security Tax | | -183.68 | 3,132.62 |
| Medicare Tax | | -42.96 | 732.63 |
| CA State Income Tax | | -99.56 | 1,804.69 |
| CA SU/SDI Tax | | -32.51 | 554.61 |
| | | | |
| **Other** | | | |
| Dental Pretax | | -21.55* | 330.08 |
| Employee Life | | -22.11 | 353.76 |
| Life Child | | -0.17 | 2.72 |
| Lt Disability | | -11.16 | 178.56 |
| Medical Pretax | | -108.46* | 1,652.28 |
| Spouse Life | | -3.15 | 50.40 |
| Vision Pretax | | -12.90* | 196.28 |
| **Net Pay** | | **$2,244.86** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G T L | 6.69 | 107.04 |
| Employee Id | | 0044688 |
| P T O Balance | | 214.18 |

* **Excluded from federal taxable wages**

Your federal taxable wages this period are

TEAR HERE      ©1998, 2006. ADP, Inc. All Rights Reserved.

||||  |

# RAI
**RENAL ADVANTAGE INC.**

115 EAST PARK DRIVE
SUITE 300
BRENTWOOD, TN 37027

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
CA: 1

Social Security Number: XXX-XX-4688

| Period Beginning: | 06/28/2009 |
|---|---|
| Period Ending: | 07/11/2009 |
| Pay Date: | 07/17/2009 |

FARRAH ESFAHANI
27671 GOLD DUST LANE
LAGUNA HILLS CA 92653

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.7600 | 48.00 | 1,764.48 | 23,544.85 |
| Over Time | 55.1400 | 24.00 | 1,323.36 | 17,622.93 |
| Ltd Taxable | | | | 167.40 |
| Double Time | | | | 9.45 |
| Pto | | | 11.16 | 8,154.30 |
| **Gross Pay** | | | **$3,099.00** | 49,498.93 |

**Deductions**

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -315.76 | 5,645.33 |
| Social Security Tax | -183.69 | 2,948.94 |
| Medicare Tax | -42.96 | 689.67 |
| CA State Income Tax | -99.57 | 1,705.13 |
| CA SUI/SDI Tax | -32.52 | 522.10 |

**Other**

| | this period | year to date |
|---|---|---|
| Dental Pretax | -21.55* | 308.53 |
| Employee Life | -22.11 | 331.65 |
| Life Child | -0.17 | 2.55 |
| Lt Disability | -11.16 | 167.40 |
| Medical Pretax | -108.46* | 1,543.82 |
| Spouse Life | -3.15 | 47.25 |
| Vision Pretax | -12.90* | 183.38 |

| **Net Pay** | **$2,245.00** | |
|---|---|---|

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| G T L | 6.69 | 100.35 |
| Employee Id | | 0044688 |
| P T O Balance | | 216.64 |

* Excluded from federal taxable wages

Your federal taxable wages this period are

TEAR HERE          ©1998, 2006, ADP, Inc. All Rights Reserved.

**RENAL ADVANTAGE INC.**

115 EAST PARK DRIVE
SUITE 300
BRENTWOOD, TN 37027

| Period Beginning: | 06/14/2009 |
| Period Ending: | 06/27/2009 |
| Pay Date: | 07/02/2009 |

FARRAH ESFAHANI
27671 GOLD DUST LANE
LAGUNA HILLS CA 92653

Social Security Number: XXX-XX-4688

Taxable Marital Status: Married
Exemptions/Allowances:
Federal:  1
CA:  1

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.7600 | 48.00 | 1,764.48 | 21,780.37 |
| Double Time | 73.5200 | .01 | 0.74 | 9.45 |
| Over Time | 55.1400 | 24.00 | 1,323.36 | 16,299.57 |
| Ltd Taxable | | | 11.16 | 156.24 |
| Pto | | | | 8,154.30 |
| **Gross Pay** | | | **$3,099.74** | 46,399.93 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -315.87 | 5,329.57 |
| | Social Security Tax | -183.74 | 2,765.25 |
| | Medicare Tax | -42.97 | 646.71 |
| | CA State Income Tax | -99.62 | 1,605.56 |
| | CA SUI/SDI Tax | -32.53 | 489.58 |

| | Other | | |
|---|---|---|---|
| | Dental Pretax | -21.55* | 286.98 |
| | Employee Life | -22.11 | 309.54 |
| | Life Child | -0.17 | 2.38 |
| | Lt Disability | -11.16 | 156.24 |
| | Medical Pretax | -108.46* | 1,435.36 |
| | Spouse Life | -3.15 | 44.10 |
| | Vision Pretax | -12.90* | 170.48 |

| **Net Pay** | **$2,245.51** |
|---|---|

\* Excluded from federal taxable wages

Your federal taxable wages this period are

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G T L | 6.69 | 93.66 |
| Employee Id | | 0044688 |
| P T O Balance | | 207.10 |

TEAR HERE      ©1998, 2006. ADP, Inc. All Rights Reserved.

**RAI**
RENAL ADVANTAGE INC.

*115 EAST PARK DRIVE*
*SUITE 300*
*BRENTWOOD, TN 37027*

Period Beginning:    05/31/2009
Period Ending:    06/13/2009
Pay Date:    06/19/2009

Social Security Number: XXX-XX-4688

Taxable Marital Status: Married
Exemptions/Allowances:
Federal:    1
CA:    1

FARRAH ESFAHANI
27671 GOLD DUST LANE
LAGUNA HILLS CA 92653

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.7600 | 24.00 | 882.24 | 20,015.89 |
| Over Time | 55.1400 | 11.97 | 660.03 | 14,976.21 |
| Ltd Taxable | | | 11.16 | 145.08 |
| Pto | 42.9000 | 36.00 | 1,544.40 | 8,154.30 |
| Double Time | | | 8.71 |  |
| **Gross Pay** | | | **$3,097.83** | 43,300.19 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -315.59 | 5,013.70 |
| Social Security Tax | -183.62 | 2,581.51 |
| Medicare Tax | -42.94 | 603.74 |
| CA State Income Tax | -99.50 | 1,505.94 |
| CA SUI/SDI Tax | -32.50 | 457.05 |

| Other | this period | year to date |
|---|---|---|
| Dental Pretax | -21.55* | 265.43 |
| Employee Life | -22.11 | 287.43 |
| Life Child | -0.17 | 2.21 |
| Lt Disability | -11.16 | 145.08 |
| Medical Pretax | -108.46* | 1,326.90 |
| Spouse Life | -3.15 | 40.95 |
| Vision Pretax | -12.90* | 157.58 |
| **Net Pay** | **$2,244.18** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G T L | 6.69 | 86.97 |
| Employee Id | | 0044688 |
| P T O Balance | | 197.56 |

* **Excluded from federal taxable wages**

Your federal taxable wages this period are

TEAR HERE        ©1998, 2006. ADP, Inc. All Rights Reserved.

**RAI**

**RENAL ADVANTAGE INC.**
115 EAST PARK DRIVE
SUITE 300
BRENTWOOD, TN 37027

Period Beginning:  05/17/2009
Period Ending:  05/30/2009
Pay Date:  06/05/2009

Social Security Number: XXX-XX-4688

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:  1
  CA:  1

FARRAH ESFAHANI
27671 GOLD DUST LANE
LAGUNA HILLS CA 92653

### Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.7600 | 40.00 | 1,470.40 | 19,133.65 |
| Over Time | 55.1400 | 32.00 | 1,764.48 | 14,316.18 |
| Ltd Taxable | | | 11.16 | 133.92 |
| Double Time | | | | 8.71 |
| Pto | | | | 6,609.90 |
| **Gross Pay** | | | **$3,246.04** | 40,202.36 |

### Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -343.80 | 4,698.11 |
| Social Security Tax | -192.81 | 2,397.89 |
| Medicare Tax | -45.10 | 560.80 |
| CA State Income Tax | -110.84 | 1,406.44 |
| CA SUI/SDI Tax | -34.14 | 424.55 |
| **Other** | | |
| Dental Pretax | -21.55* | 243.88 |
| Employee Life | -22.11 | 265.32 |
| Life Child | -0.17 | 2.04 |
| Lt Disability | -11.16 | 133.92 |
| Medical Pretax | -108.46* | 1,218.44 |
| Spouse Life | -3.15 | 37.80 |
| Vision Pretax | -12.90* | 144.68 |
| **Net Pay** | **$2,339.85** | |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| G T L | 6.69 | 80.28 |
| Employee Id | | 0044688 |
| P T O Balance | | 224.02 |

*  Excluded from federal taxable wages

Your federal taxable wages this period are

St. Joseph Hospital
1100 W. Stewart Dr.
Orange, CA 92868

| Pay Group: | 12A-12 Hour Shift Employees | Business Unit: | STJHO |
| Pay Begin Date: | 07/12/2009 | Check #: | 900000000388897 |
| Pay End Date: | 07/25/2009 | Check Date: | 07/30/2009 |

| Employee ID: | 164855 |
| Department: | 7742-101-Renal Center-Chronic |
| Location: | St. Joseph Hospital of Orange |
| Job Title: | PD Clinical Nurse II Reg 12hr |
| Pay Rate: | $35.955000 Hourly |

| TAX DATA: | Federal | CA State |
| Marital Status: | Single | S/M-2 inc |
| Allowances: | 3 | 3 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

**MESSAGE:**

| PTO HOURS | |
| Current Period Earned: | 0.00 |
| Start Balance YTD: | 0.00 |
| + Earned YTD: | |
| - Taken YTD: | |
| + Adjustments YTD: | |
| End Balance: | 0.00 |
| STI HOURS | |
| Current Period Earned: | 0.00 |
| Start Balance YTD: | 0.00 |
| + Earned YTD: | |
| - Taken YTD: | |
| + Adjustments YTD: | |
| End Balance: | 0.00 |

7742-101
Farrah Sharifat Esfahani
2767 Gold Dust Ln
Laguna Hills, CA 91765

## HOURS AND EARNINGS

| | Current Rate | Current Hrs/Unit | Current Earnings | YTD Hrs/Unit | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 35.96 | 16.00 | 575.28 | 88.00 | 3,118.92 |
| Overtime - 12 Hr. Shift | 54.59 | 8.00 | 436.69 | 42.60 | 2,280.98 |
| Doubletime | 73.30 | 0.10 | 7.33 | 1.50 | 106.72 |
| Shift 2 Differential | 2.25 | 8.00 | 18.00 | 32.00 | 72.00 |
| Shift 2 Differential OT | 3.38 | 4.00 | 13.50 | 16.00 | 54.00 |
| Bonus - Performance | | | 0.00 | | 52.93 |
| Inservice Overtime | | | 0.00 | 5.40 | 293.18 |
| 12 Hr. Short Shift Premium | | | 0.00 | 7.00 | 41.13 |
| Inservice Regular | | | 0.00 | 15.00 | 528.75 |
| Shift 2 Differential DT | | | 0.00 | 0.25 | 1.13 |
| **Total:** | | 36.10 | 1,050.80 | 207.75 | 6,443.88 |

## CURRENT HOURS SUMMARY

| | |
|---|---|
| Regular | 16.00 |
| Overtime | 8.00 |
| Doubletime | 0.10 |
| Time Off | 0.00 |
| Total Current Hours Paid | 24.10 |
| Regular | 16.00 |
| Overtime and Doubletime | 8.10 |
| Current Hours Worked | 24.10 |

## TAXES

| | Current | YTD |
|---|---|---|
| Fed Withholdng | 46.83 | 125.21 |
| Fed MED/EE | 15.24 | 93.44 |
| Fed OASDI/EE | 65.15 | 399.52 |
| CA Withholdng | 11.37 | 22.41 |
| CA SDI FTD1 | 11.56 | 70.88 |
| **Total:** | 150.15 | 711.46 |

| BEFORE-TAX DEDUCTIONS | Current | YTD | AFTER-TAX DEDUCTIONS | Current | YTD | EMPLOYER PAID BENEFITS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| **Total:** | 0.00 | 0.00 | **Total:** | 0.00 | 0.00 | Total (** = Taxable): | 0.00 | 0.00 |

| TOTAL GROSS | | FED TAXABLE GROSS | | TOTAL TAXES | TOTAL DEDUCTIONS | | NET PAY |
|---|---|---|---|---|---|---|---|
| Current: | 1,050.80 | | 1,050.80 | 150.15 | 0.00 | | 900.65 |
| YTD: | 6,443.88 | | 6,443.88 | 711.46 | 0.00 | | 5,732.42 |

| NET PAY DISTRIBUTION | |
|---|---|
| Advice #900000000388897 | 900.65 |
| Total: | 900.65 |

**St. Joseph Hospital, Orange**
1100 W. Stewart Dr.
Orange, CA  92868

Advice No.
900000000388897

Date:          07/30/2009

Deposit Amount:   $900.65

To The
Account(s) Of
7742
FARRAH SHARIFAT ESFAHANI
2767 Gold Dust Ln
Laguna Hills, CA  91765

Location: St. Joseph Hospital of Orange

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXXXX2211 | 900.65 |
| Total: | | 900.65 |

# NON-NEGOTIABLE

St. Joseph Hospital
1100 W. Stewart Dr.
Orange, CA 92868

**Standard Register ®**

| Fr...    ...p:    12A-12 Hour Shift Employees | Business Unit: STJHO |
| Pay begin Date:06/28/2009 | Check #:    900000000385616 |
| Pay End Date: 07/11/2009 | Check Date:    07/16/2009 |

| Employee ID:  164855 | TAX DATA:    Federal    CA State |
| Department:    7742-J01-Renal Center-Chronic | Marital Status: Single    S/M-2 inc |
| Location:    St. Joseph Hospital of Orange | Allowances:    3    3 |
| Job Title:    PD Clinical Nurse II Reg 12hr | Addl. Pct.: |
| Pay Rate:    $35.955000 Hourly | Addl. Amt.: |

MESSAGE:

| YTD HOURS | |
| Current Period Earned: | 0.00 |
| Start Balance YTD: | 0.00 |
| + Earned YTD: | |
| - Taken YTD: | |
| + Adjustments YTD: | |
| End Balance: | 0.00 |
| STI HOURS | |
| Current Period Earned: | 0.00 |
| Start Balance YTD: | 0.00 |
| + Earned YTD: | |
| - Taken YTD: | |
| + Adjustments YTD: | |
| End Balance: | 0.00 |

7742-J01
Farrah Sharifat Esfahani
2767 Gold Dust Ln
Laguna Hills, CA 91765

| HOURS AND EARNINGS | Current | | | YTD | | CURRENT HOURS SUMMARY | |
|---|---|---|---|---|---|---|---|
| | Rate | Hrs/Unit | Earnings | Hrs/Unit | Earnings | | |
| Regular | 35.96 | 8.00 | 287.64 | 72.00 | 2,543.64 | Regular | 8.00 |
| Overtime - 12 Hr. Shift | 55.25 | 4.00 | 220.98 | 34.60 | 1,844.29 | Overtime* | 4.00 |
| Shift 2 Differential | 2.25 | 8.00 | 18.00 | 24.00 | 54.00 | Doubletime | 0.00 |
| Shift 2 Differential OT | 3.38 | 4.00 | 13.50 | 12.00 | 40.50 | Time Off | 0.00 |
| Bonus - Performance | | | 0.00 | - | 52.93- | Total Current Hours Paid | 12.00 |
| Doubletime | | | 0.00 | 1.40 | 99.39 | | |
| Inservice Overtime | | | 0.00 | 5.40 | 293.18 | | |
| 12 Hr. Short Shift Premium | | | 0.00 | 7.00 | 41.13 | | |
| Inservice Regular | | | 0.00 | 15.00 | 528.75 | | |
| Shift 2 Differential DT | | | 0.00 | 0.25 | 1.13 | | |

| | Regular | 8.00 |
| | Overtime and Doubletime | 4.00 |
| | Current Hours Worked | 12.00 |

| TAXES | Current | YTD |
|---|---|---|
| Fed Withholding | 0.00 | 78.38 |
| Fed MED/EE | 7.83 | 78.20 |
| Fed OASDI/EE | 33.49 | 334.37 |
| CA Withholding | 0.00 | 11.04 |
| CA SDI FTDI | 5.94 | 59.32 |

| Total: | | 24.00 | 540.12 | 171.65 | 5,393.08 | Total: | 47.26 | 561.31 |

| BEFORE-TAX DEDUCTIONS | Current | YTD | AFTER-TAX DEDUCTIONS | Current | YTD | EMPLOYER PAID BENEFITS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | Total ( '*' = Taxable): | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 540.12 | 540.12 | 47.26 | 0.00 | 492.86 |
| YTD: | 5,393.08 | 5,393.08 | 561.31 | 0.00 | 4,831.77 |

| NET PAY DISTRIBUTION | |
| Advice #900000000385616 | 492.86 |
| Total: | 492.86 |

**St. Joseph Hospital, Orange**
1100 W. Stewart Dr.
Orange, CA  92868

Advice No.
900000000385616

Date:    07/16/2009

Deposit Amount:  **$492.86**

To The    7742
Account(s) Of    FARRAH SHARIFAT ESFAHANI
2767 Gold Dust Ln
Laguna Hills, CA  91765

Location: St. Joseph Hospital of Orange

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXXXX2211 | 492.86 |
| Total: | | 492.86 |

**NON-NEGOTIABLE**

St. Joseph Hospital
1100 W. Stewart Dr.
Orange, CA 92668

| | |
|---|---|
| Pay Group: 12A-12 Hour Shift Employees | Business Unit: STJHO |
| Pay Begin Date: 06/14/2009 | Check #: 900000000382339 |
| Pay End Date: 06/27/2009 | Check Date: 07/02/2009 |

| | |
|---|---|
| Employee ID: 164855 | TAX DATA: Federal | CA State |
| Department: 7742-301-Renal Center-Chronic | Marital Status: Single | S/M-2 inc |
| Location: St. Joseph Hospital of Orange | Allowances: 3 | 3 |
| Job Title: PD Clinical Nurse II Reg 12hr | Addl. Pct.: | |
| Pay Rate: $35.250000 Hourly | Addl. Amt.: | |

**MESSAGE:**

| PTO HOURS | | |
|---|---|---|
| Current Period Earned: | 0.00 | |
| Start Balance YTD: | 0.00 | |
| + Earned YTD: | | |
| - Taken YTD: | | |
| + Adjustments YTD: | | |
| End Balance: | | 0.00 |
| SICK HOURS | | |
| Current Period Earned: | 0.00 | |
| Start Balance YTD: | 0.00 | |
| + Earned YTD: | | |
| - Taken YTD: | | |
| + Adjustments YTD: | | |
| End Balance: | | 0.00 |

7742-301
Farran Sharifat Esfahani
2767 Gold Dust Ln
Laguna Hills, CA 91765

| HOURS AND EARNINGS | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| | Rate | Hrs/Unit | Earnings | | Hrs/Unit | Earnings |
| Regular | 35.25 | 8.00 | 282.00 | | 64.00 | 2,256.00 |
| Overtime - 12 Hr. Shift | 52.88 | 4.00 | 211.50 | | 30.60 | 1,623.31 |
| Doubletime | 70.50 | 0.60 | 42.30 | | 1.40 | 99.39 |
| Bonus – Performance | | | 0.00 | | | 52.93- |
| Inservice Overtime | | | 0.00 | | 5.40 | 293.18 |
| 12 Hr. Short Shift Premium | | | 0.00 | | 7.00 | 41.13 |
| Inservice Regular | | | 0.00 | | 15.00 | 528.75 |
| Shift 2 Differential OT | | | 0.00 | | 8.00 | 27.00 |
| Shift 2 Differential | | | 0.00 | | 16.00 | 36.00 |
| Shift 2 Differential DT | | | 0.00 | | 0.25 | 1.13 |

| CURRENT HOURS SUMMARY | |
|---|---|
| Regular | 8.00 |
| Overtime | 4.00 |
| Doubletime | 0.60 |
| Time Off | 0.00 |
| Total Current Hours Paid | 12.60 |
| | |
| Regular | 8.00 |
| Overtime and Doubletime | 4.60 |
| Current Hours Worked | 12.60 |

| TAXES | Current | YTD |
|---|---|---|
| Fed Withholding | 0.00 | 78.38 |
| Fed MED/EE | 7.77 | 70.37 |
| Fed OASDI/EE | 33.22 | 300.88 |
| CA Withholding | 0.00 | 11.04 |
| CA SDI FTDI | 5.89 | 53.38 |
| Total: | 46.88 | 514.05 |

| Total: | | 12.60 | 535.80 | | 147.65 | 4,852.96 |
|---|---|---|---|---|---|---|

| BEFORE-TAX DEDUCTIONS | Current | YTD | AFTER-TAX DEDUCTIONS | Current | YTD | EMPLOYER PAID BENEFITS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | Total ('*' = Taxable): | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 535.80 | 535.80 | 46.88 | 0.00 | 488.92 |
| YTD: | 4,852.96 | 4,852.96 | 514.05 | 0.00 | 4,338.91 |

| NET PAY DISTRIBUTION | |
|---|---|
| Advice #900000000382339 | 488.92 |
| Total: | 488.92 |

St. Joseph Hospital, Orange
1100 W. Stewart Dr.
Orange, CA 92868

Advice No.
900000000382339

Date:    07/02/2009

Deposit Amount: **$488.92**

To The
Account(s) Of
7742
FARRAH SHARIFAT ESFAHANI
2767 Gold Dust Ln
Laguna Hills, CA 91765

Location: St. Joseph Hospital of Orange

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXXXX2211 | 488.92 |
| Total: | | 488.92 |

**NON-NEGOTIABLE**

St. Joseph Hospital
1100 W. Stewart Dr.
Orange, CA 92668

| Pay Group: | 12A-12 Hour Shift Employees | Business Unit: STJHO |
|---|---|---|
| Pay Begin Date: | 05/17/2009 | Check #: 900000000375776 |
| Pay End Date: | 05/30/2009 | Check Date: 06/04/2009 |

| Employee ID: | 164855 |
|---|---|
| Department: | 7742-J01-Renal Center-Chronic |
| Location: | St. Joseph Hospital of Orange |
| Job Title: | PD Clinical Nurse II Reg 12hr |
| Pay Rate: | $35.250000 Hourly |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Single | S/M-2 inc |
| Allowances: | 3 | 3 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

| PTO HOURS | |
|---|---|
| Current Period Earned: | 0.00 |
| Start Balance YTD: | 0.00 |
| + Earned YTD: | |
| - Taken YTD: | |
| + Adjustments YTD: | |
| End Balance: | 0.00 |

| STI HOURS | |
|---|---|
| Current Period Earned: | 0.00 |
| Start Balance YTD: | 0.00 |
| + Earned YTD: | |
| - Taken YTD: | |
| + Adjustments YTD: | |
| End Balance: | 0.00 |

MESSAGE:

7742-J01
Farrah Sharifat Esfahani
24941 Nellie Gail Rd.
Laguna Hills, CA 92653

| HOURS AND EARNINGS | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| | Rate | Hrs/Unit | Earnings | | Hrs/Unit | Earnings |
| Inservice Regular | 35.25 | 15.00 | 528.75 | | 15.00 | 528.75 |
| Inservice Overtime | 54.79 | 4.00 | 219.15 | | 5.40 | 293.18 |
| Shift 2 Differential | 2.25 | 8.00 | 18.00 | | 16.00 | 36.00 |
| OT | 3.38 | 4.00 | 13.50 | | 8.00 | 27.00 |
| Premium | 5.88 | 7.00 | 41.13 | | 7.00 | 41.13 |
| Bonus - Lance | | | 0.00 | | | 52.93 |
| Doubletime | | | 0.00 | | 0.80 | 57.09 |
| Regular | | | 0.00 | | 56.00 | 1,974.00 |
| Overtime - 12 Hr. Shift | | | 0.00 | | 26.60 | 1,411.81 |
| Shift 2 Differential DT | | | 0.00 | | 0.25 | 1.13 |
| | | | | | | |
| Total: | | 38.00 | 820.53 | | 135.05 | 4,317.16 |

| CURRENT HOURS SUMMARY | |
|---|---|
| Regular | 15.00 |
| Overtime | 4.00 |
| Doubletime | 0.00 |
| Time Off | 0.00 |
| Total Current Hours Paid | 19.00 |

| | |
|---|---|
| Regular | 15.00 |
| Overtime and Doubletime | 4.00 |
| Current Hours Worked | 19.00 |

| TAXES | Current | YTD |
|---|---|---|
| Fed Withholding | 12.32 | 78.38 |
| Fed MED/EE | 11.90 | 62.60 |
| Fed OASDI/EE | 50.87 | 267.66 |
| CA Withholding | 1.59 | 11.04 |
| CA SDI FTDI | 9.03 | 47.49 |
| Total: | 85.71 | 467.17 |

| BEFORE-TAX DEDUCTIONS | Current | YTD | AFTER-TAX DEDUCTIONS | Current | YTD | EMPLOYER PAID BENEFITS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | Total ( '*' = Taxable): | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 820.53 | 820.53 | 85.71 | 0.00 | 734.82 |
| YTD: | 4,317.16 | 4,317.16 | 467.17 | 0.00 | 3,849.99 |

| NET PAY DISTRIBUTION | |
|---|---|
| Advice #900000000375776 | 734.82 |
| Total: | 734.82 |

**St. Joseph Hospital, Orange**
1100 W. Stewart Dr.
Orange, CA 92868

Advice No.
900000000375776

Date:    06/04/2009

Deposit Amount:    $734.82

To The
Account(s) Of
7742
FARRAH SHARIFAT ESFAHANI
24941 Nellie Gail Rd.
Laguna Hills, CA  92653

Location: St. Joseph Hospital of Orange

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXXXX2211 | 734.82 |
| Total: | | 734.82 |

## NON-NEGOTIABLE

B22A (Official Form 22A) (Chapter 7) (12/08)

> According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):
> ☐ **The presumption arises**
> ☐ **The presumption does not arise**
> ☑ **The presumption is temporarily inapplicable.**

In re: **Esfahani, Houshang Eshghi & Esfahani, Farrah**
<br>Debtor(s)

Case Number: **09-bk-18306-TA**
<br>(If known)

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends. <br><br> ☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard <br><br>      a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and <br>          ☐ I remain on active duty /or/ <br>          ☐ I was released from active duty on _____ , which is less than 540 days before this bankruptcy case was filed; <br><br>         OR <br><br>      b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/ <br>          ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____ , which is less than 540 days before this bankruptcy case was filed. |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (12/08)

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | | |
|---|---|---|---|

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br><br>a. ☐ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br><br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | | |
| 3 | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts — $<br>b. Ordinary and necessary business expenses — $<br>c. Business income — Subtract Line b from Line a | | $ | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts — $<br>b. Ordinary and necessary operating expenses — $<br>c. Rent and other real property income — Subtract Line b from Line a | | $ | $ |
| 6 | **Interest, dividends, and royalties.** | | $ | $ |
| 7 | **Pension and retirement income.** | | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ — Spouse $ | | $ | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | a. $ | | |
| | b. $ | | |
| | Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ | |

## Part III. APPLICATION OF § 707(B)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| | a. Enter debtor's state of residence:      b. Enter debtor's household size: | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII.<br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

## Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | $ |
|---|---|---|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
| | a. $ | |
| | b. $ | |
| | c. $ | |
| | Total and enter on Line 17. | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

B22A (Official Form 22A) (Chapter 7) (12/08)

| | | |
|---|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B.<br><br>| Household members under 65 years of age | | | Household members 65 years of age or older | | |<br>|---|---|---|---|---|---|<br>| a1. | Allowance per member | | a2. | Allowance per member | |<br>| b1. | Number of members | | b2. | Number of members | |<br>| c1. | Subtotal | | c2. | Subtotal | | | $ |
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.**<br><br>| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |<br>|---|---|---|<br>| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |<br>| c. | Net mortgage/rental expense | Subtract Line b from Line a | | $ |
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (12/08)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) <br> ☐ 1  ☐ 2 or more. <br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |
|---|---|---|
| | | |

| | a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a |

(Line 23) $

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. <br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** |
|---|---|

| | a. | IRS Transportation Standards, Ownership Costs, Second Car | $ |
|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a |

(Line 24) $

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare — such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service — such as pagers, call waiting, caller id, special long distance, or internet service — to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)

| | Subpart B: Additional Living Expense Deductions<br>Note: Do not include any expenses that you have listed in Lines 19-32 | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>a.  Health Insurance  $<br>b.  Disability Insurance  $<br>c.  Health Savings Account  $<br><br>Total and enter on Line 34<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br><br>$ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (12/08)

| | Subpart C: Deductions for Debt Payment | | | |
|---|---|---|---|---|

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | | Total: Add lines a, b and c. | |

$

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | Total: Add lines a, b and c. | |

$

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |

| a. | Projected average monthly chapter 13 plan payment. | $ |
|---|---|---|
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

$

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

| | Subpart D: Total Deductions from Income | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (12/08)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| | | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br>☐ **The amount set forth on Line 51 is more than $10,950.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 though 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

## Part VII. ADDITIONAL EXPENSE CLAIMS

| | | | |
|---|---|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | | |
| | | Expense Description | Monthly Amount |
| | a. | | $ |
| | b. | | $ |
| | c. | | $ |
| | | Total: Add Lines a, b and c | $ |

## Part VIII. VERIFICATION

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: **August 26, 2009**    Signature: **/s/ Houshang E Esfahani**<br>(Debtor)<br><br>Date: **August 26, 2009**    Signature: **/s/ Farrah Esfahani**<br>(Joint Debtor, if any) |

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                    Case No. **09-bk-18306-TA**

Esfahani, Houshang Eshghi & Esfahani, Farrah                Chapter **7**
                    Debtor(s)

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ____**4** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **August 26, 2009**      Signature: */s/ Houshang E Esfahani*
                               **Houshang E Esfahani**                           Debtor

Date: **August 26, 2009**      Signature: */s/ Farrah Esfahani*
                               **Farrah Esfahani**                          Joint Debtor, if any

Date: **August 26, 2009**      Signature: */s/ Kaveh Ardalan*
                               **Kaveh Ardalan 188775**                     Attorney (if applicable)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Houshang E Esfahani
27671 Gold Dust Lane
Laguna Hills, CA  92653

Farrah Esfahani
27671 Gold Dust Lane
Laguna Hills, CA  92653

Kaveh Ardalan Attorney at Law
1851 East First Street Suite 900
Santa Ana, CA  92705

American Tow And Auto Repair ✓
10641 Stanford Avenue
Garden Grove, CA   92840


Bank Of America
Bankruptcy                         ✓
Box 26012
Greensboro, NC   27410


CHA/BIC Corp
8959 Chapman Ave                   ✓
Garden Grove, CA   92841


Countrywide Home Loans
Bankruptcy-SV-314B                 ✓
Box 5170
Simi Valley, CA   93062


JAMS
500 N State College Blvd 14th Floor ✓
Orange, CA   92868


John Clifford Esq
Smith Chapman & Campbell
1800 North Broadway Suite 200
Santa Ana, CA   92706


Jose C Mericle
7731 Painter Avenue                ✓
Whittier, CA   90602


Kamal Alakamus
C/O Victor Cueto
2700 North Main Street #1040       ✓
Santa Ana, CA   92705

Karen S Naylor
Chapter 7 Trustee
Box 504
Santa Ana, CA   92702


Kaveh Ardalan
Attorney At Law
2100 North Broadway Suite 200
Santa Ana, CA   92705


Kenneth & Sally Franklin
C/O John Clifford Esq
1800 North Broadway Suite 200
Santa Ana, CA   92706


Michael S Magnuson
Attorney At Law
13215 Penn Street Suite 205 ✓
Whittier, CA   90602


Michael Tabarsi
1927A Harbor Blvd Suite 110 ✓
Costa Mesa, CA   92627


Mitchel B Hannah
Attorney At Law          ✓
9900 Research Drive
Irvine, CA   92618


Mokri & Associates
1851 East First Street Suite 900 ✓
Santa Ana, CA   92705


Singerlewak
10960 Wilsire Blvd Suite 1100 ✓
Los Angeles, CA   90024

Sprint
Box 54977
Los Angeles, CA   90054

TOYOTA MOTOR CREDIT
Bankruptcy
Box 8026
Cedar Rapids, IA   52408

US Trustee
Santa Ana
411 West Fourth Street Suite 9041
Santa Ana, CA   92701

Wells Fargo
Box 98751
Las Vegas, NV   89193

Wells Fargo Mortgage
Bankruptcy
3476 Stateview Blvd
Fort Mill, SC   29715