**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                      Case No. **09-bk-18306-TA**

Esfahani, Houshang Eshghi & Esfahani, Farrah               Chapter **7**
Debtor(s)

## AMENDED SCHEDULES OR DOCUMENTS

A filing fee of $26 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?  Yes ___  No ✓

Indicate below which schedule(s) is(are) being amended.

A      B      C ✓      D      E      F      G      H      I      J

Statement of Affairs      Statement of Intentions      Other ____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We do hereby declare under penalty of perjury that the foregoing is true and correct.

**FILED**

OCT 27 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

*** FOR COURT USE ONLY ***

Date: **October 26, 2009**

Signature: **/s/ Houshang E Esfahani**
                                                            *Debtor*

Signature: **/s/ Farrah Esfahani**
                                                            *(Joint Debtor, if any)*

© 1993-2009 EZ-Filing Inc [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE Esfahani, Houshang Eshghi & Esfahani, Farrah                    Case No. 09-bk-18306-TA
                          Debtor(s)                                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| $80 | CCCP § 703.140(b)(5) | 80.00 | 80.00 |
| Misc. | CCCP § 703.140(b)(3) <br> CCCP § 703.140(b)(5) | 525.00 <br> 4,475.00 | 5,000.00 |
| Oriental Rugs | CCCP § 703.140(b)(3) <br> CCCP § 703.140(b)(5) | 525.00 <br> 1,475.00 | 2,000.00 |
| Clothing | CCCP § 703.140(b)(3) <br> CCCP § 703.140(b)(5) | 525.00 <br> 975.00 | 1,500.00 |
| Jewelry | CCCP § 703.140(b)(4) <br> CCCP § 703.140(b)(5) | 1,350.00 <br> 650.00 | 2,000.00 |
| 2002 Benz S430 | CCCP § 703.140(b)(5) | 8,000.00 | 8,000.00 |
| 2004 Ford F-150 | CCCP § 703.140(b)(5) | 6,000.00 | 6,000.00 |

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

Dated: October 24, 2009

Kaveh Ardalan

*Print or Type Name*

/s/ Kaveh Ardalan          K. Avila

*Signature*

American Tow And Auto Repair
10641 Stanford Avenue
Garden Grove, CA  92840

Bank Of America
Bankruptcy
Box 26012
Greensboro, NC  27410

CHA/BIC Corp.
8959 Chapman Ave
Garden Grove, CA  92841

Countrywide Home Loans
Bankruptcy-SV-314B
Box 5170
Simi Valley, CA  93062

JAMS
500 N State College Blvd 14th Floor
Orange, CA  92868

John Clifford Esq
Smith Chapman & Campbell
1800 North Broadway Suite 200
Santa Ana, CA  92706

Jose C Mericle
7731 Painter Avenue
Whittier, CA  90602

Kamal Alakamus
C/O Victor Cueto
2700 North Main Street #1040
Santa Ana, CA  92705

Karen S. Naylor
Chapter 7 Trustee
Box 504
Santa Ana, CA  92702

Kaveh Ardalan
Attorney At Law
2100 North Broadway Suite 200
Santa Ana, CA  92705

Kenneth & Sally Franklin
C/O John Clifford Esq
1800 North Broadway Suite 200
Santa Ana, CA  92706

Michael S Magnuson
Attorney At Law
13215 Penn Street Suite 205
Whittier, CA  90602

Michael Tabarsi
1927A Harbor Blvd Suite 110
Costa Mesa, CA  92627

Mitchel B Hannah
Attorney At Law
9900 Research Drive
Irvine, CA  92618

Mokri & Associates
1851 East First Street Suite 900
Santa Ana, CA  92705

Nanette Sanders
Ringstad & Sanders
2030 Main Street 12th Floor
Irvine, CA  92614

Nutwood Properties

Scott Clarkson
Attorney At Law
3424 Carson Street Suite 350
Torrance, CA  90503

© 1993-2009 EZ-Filing Inc. [1-800-998-2424] - Forms Software Only

Sprint
Box 54977
Los Angeles, CA  90054

TOYOTA MOTOR CREDIT
Bankruptcy
Box 8026
Cedar Rapids, IA  52408

US Trustee
Santa Ana
411 West Fourth Street Suite 9041
Santa Ana, CA  92701

Wells Fargo
Box 98751
Las Vegas, NV  89193

Wells Fargo Mortgage
Bankruptcy
3476 Stateview Blvd
Fort Mill, SC  29715

© 1993-2009 EZ-Filing Inc [1-800-998-2424] - Forms Software Only