| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Scott C. Clarkson, Esq. (SBN 143271)<br>CLARKSON, GORE & MARSELLA, APLC<br>3424 Carson St., Suite 350<br>Torrance, CA  90503<br>Tel: (310) 542-0111<br>Fax: (310) 2147254<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for: Movants Kenneth Dale Franklin and Sally Franklin* | **FILED & ENTERED**<br><br>**NOV 16 2009**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY daniels   DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>HOUSANG ESHGHI ESFAHANI AND FARRAH ESFAHANI,<br><br>                                                            Debtor(s) | CHAPTER: 7<br><br>CASE NO.: 8:09-bk-18306-TA<br><br>DATE: October 28, 2009<br>TIME: 10:00 AM<br>CTRM:5B<br>FLOOR: |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)
### (MOVANT: Kenneth Dale Franklin and Sally Franklin)

1. The Motion was:  ☒ Contested    ☐ Uncontested    ☐ Settled by stipulation

2. The Motion affects the following non-bankruptcy case or administrative proceeding:

    Case name: Kenneth Dale Franklin and Sally Franklin vs. American Tow and Auto Repair, Inc., Houshang Eshghi Esfahani, and Farrah Esfahani

    Docket number: Case No. 06CC12388

    Court or agency where pending: Superior Court for the State of California, Orange County

3. The Motion is granted under:   ☒ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a. ☒ Terminated as to Debtor(s) and Debtor's(s') estate.
    b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. Movant may proceed in the non-bankruptcy forum to final judgment (including any appeals) in accordance with applicable non-bankruptcy law.

6. **Limitations on Enforcement of Judgment:**  Movant is permitted to enforce its final judgment only by *(specify all that apply)*:
    a. ☐ Collecting upon any available insurance in accordance with applicable non-bankruptcy law.
    b. ☐ Proceeding against the Debtor(s) as to NON-estate property or earnings.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    **F 4001-10.NA**

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 2 of* ____

| In re (SHORT TITLE)<br>HOUSANG ESHGHI ESFAHANI AND FARRAH ESFAHANI<br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 8:09-bk-18306-TA |
|---|---|

7. This Court further orders as follows:
   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
   d. ☒ See attached continuation page for additional provisions.

###

DATED: November 16, 2009

*Theodor C. Albert*
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 4001-10.NA**

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 3 of* ____

| In re    (SHORT TITLE)<br>HOUSANG ESHGHI ESFAHANI AND FARRAH ESFAHANI<br><div align="right">Debtor(s).</div> | CHAPTER: 7<br>CASE NO.: 8:09-bk-18306-TA |
|---|---|

1. The Automatic Stay under 11 U.S.C. §362(a) is lifted to allow the Movants to proceed in the State Court Action though judgment, including appeals; however, judgment on dischargeability issues with respect to claims against the Debtors is reserved as the sole province of the federal bankruptcy court.  Further, the automatic stay is not lifted with respect to any collection activities against property of the bankruptcy estate.

2. The Automatic Stay under 11 U.S.C. §362(a) is lifted to allow all issues related to corporate governance of American Tow and Auto Repair Inc. (the ("Corporation"), including appointment of a provisional director of the Corporation, to continue in state court.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                    **F 4001-10.NA**

F 4001-10.NA

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 4 of* ____

| In re  (SHORT TITLE) | CHAPTER: 7 |
|---|---|
| HOUSANG ESHGHI ESFAHANI AND FARRAH ESFAHANI                           Debtor(s). | CASE NO.: 8:09-bk-18306-TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3424 Carson Street, Suite 350, Torrance, CA  90503

A true and correct copy of the foregoing document described Order Granting Motion for Relief from Automatic Stay
___ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ November 3, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*
**Debtors**
**Attorneys for Debtors**
Kaveh Arhalan, Esq,
2100 N. Broadway, Suite 200
Santa Ana, CA  92706

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 3, 2009 | Michelle A. Carpenter | /S/ Michelle A. Carpenter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 5 of* ____

| In re   (SHORT TITLE)<br>HOUSANG ESHGHI ESFAHANI AND FARRAH ESFAHANI<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 8:09-bk-18306-TA |
|---|---|

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 4001-10.NA**

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 6 of* ____

| In re   (SHORT TITLE)<br>HOUSANG ESHGHI ESFAHANI AND FARRAH ESFAHANI<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 8:09-bk-18306-TA |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**SERVED BY U.S. MAIL**
**Attorneys for Debtors**
Kaveh Arhalan, Esq.
1851 E. First Street, Suite 900
Santa Ana, CA  92705

**Judge**
Honorable Theodor Albert
411 West Fourth Street
Santa Ana, CA  92701-4593

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 4001-10.NA**

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 7 of* ____

| In re    (SHORT TITLE)<br>HOUSANG ESHGHI ESFAHANI AND FARRAH ESFAHANI<br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 8:09-bk-18306-TA |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) _____ Order Granting Motion for Relief from Automatic Stay _____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of November 3, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**U.S. Trustee**
ustpregion16.la.ecf@usdoj.gov

**Attorney for Chapter 7 Trustee Karen Naylor**
Nanette D. Sanders, Esq.  becky@ringstadlaw.com

☒ Service information continued on attached page

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**Debtors**
**Attorneys for Debtors**
Kaveh Arhalan, Esq,
2100 N. Broadway, Suite 200
Santa Ana, CA  92706

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 4001-10.NA**

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 8 of* ____

| In re    (SHORT TITLE)<br>HOUSANG ESHGHI ESFAHANI AND FARRAH ESFAHANI<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 8:09-bk-18306-TA |
|---|---|

☒ Service information continued on attached page

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     **F 4001-10.NA**

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 9 of* ____

| In re    (SHORT TITLE)<br>HOUSANG ESHGHI ESFAHANI AND FARRAH ESFAHANI<br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 8:09-bk-18306-TA |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**SERVED BY THE COURT VIA NOTICE**

**Chapter 7 Trustee Karen Naylor**
acanzone@burd-naylor.com, knaylor@ecf.epiqsystems.com

**Attorneys for Movants Kenneth Dale Franklin and Sally Franklin**
Scott C. Clarkson, Esq.  sclarkson@lawcgm.com

Jose A. Garcia
ecfacb@piteduncan.com

Ramesh Signh
claims@ recoverycorp.com

**TO BE SERVED BY THE LODGING PARTY**
**Attorneys for Debtors**
Kaveh Arhalan, Esq.
1851 E. First Street, Suite 900
Santa Ana, CA  92705

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                              **F 4001-10.NA**