Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Kaveh Ardalan
Attorney at Law (188775)
2100 N. Broadway, Suite 200, Santa Ana, CA 92706
T: 714-273-2526
F: 714-242-2037

FOR COURT USE ONLY

```
FILED
JAN 26 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk
```

Attorney for  Houshang & Farrah Esfahani

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: Houshang and Farrah Esfahani

CHAPTER 7

CASE NUMBER 09-bk-18306-TA

Debtor.



# DEBTOR'S MOTION TO CONVERT CASE
# UNDER 11 U.S.C. §§ 706(a) OR 1112(a)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Debtor hereby moves this Court for an Order converting the above chapter __7__ case to a case under chapter __11__ on the grounds set forth below: Please see attached declaration and Points and Authorities.

2. **Filing Information:**

   a. ☑ A Voluntary Petition under chapter  ☑ 7  ☐ 11  ☐ 12  ☐ 13  was filed on: 8/11/09

   b. ☐ An Involuntary Petition under chapter  ☐ 7  ☐ 11  was filed on:
      ☐ An Order of Relief under chapter  ☐ 7  ☐ 11  was entered on:

   c. ☐ An Order of Conversion to chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13  was entered on:

   d. ☐ Other (specify):

3. **Procedural Status:**

   a. Name of trustee appointed (if any): Karan S. Naylor

   b. Name of Attorney of Record for trustee (if any): Nanette D. Sanders, Esq.

4. Debtor alleges that this case has not been previously converted.

*(Continued on next page)*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 1017-1.1

Debtor's Motion to Convert Case - *Page 2*    **F 1017-1.1**

In re Houshang & Farrah Esfahani    CHAPTER 7

Debtor.    CASE NUMBER 09-bk-18306-TA

5. Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this Court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter 7 to a case under chapter 11.

Dated: 01/25/10

Respectfully submitted,

Law Office of Kaveh Ardalan
*Firm Name*

By: [signature]

Name: Kaveh Ardalan
*Attorney for Debtor/Trustee*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 1017-1.1**

Debtor's Motion to Convert Case - *Page 3*    F 1017-1.1

In re Houshang & Farrah Esfahani    CHAPTER 7

Debtor.    CASE NUMBER 09-bk-18306-TA

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2100 N. Broadway, Suite 200, Santa Ana, CA 92706

A true and correct copy of the foregoing document described as Debtor's Motion to Convert Case _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 01/25/10 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 01/25/10 _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 01/25/10 | Kaveh Ardan | K. Ard. |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 1017-1.1

Debtor's Motion to Convert Case - *Page 4*                    F 1017-1.1

In re Houshang & Farrah Esfahani                                         CHAPTER 7

                                                              Debtor.   CASE NUMBER 09-bk-18306-TA

**ADDITIONAL SERVICE INFORMATION** (if needed):

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                              F 1017-1.1

American Tow And Auto Repair
10641 Stanford Avenue
Garden Grove, CA   92840


Bank Of America
Bankruptcy
Box 26012
Greensboro, NC   27410


CHA/BIC Corp
8959 Chapman Ave
Garden Grove, CA   92841


Christopher McDermott
Pite Duncan LLP
4375 Jutland Drive Suite 200
San Diego, CA   92177


Countrywide Home Loans
Bankruptcy-SV-314B
Box 5170
Simi Valley, CA   93062


Honorable Theodor Albert
US Bankruptcy Court
411 West Fourth Street Suite 5085
Santa Ana, CA   92701


JAMS
500 N State College Blvd 14th Floor
Orange, CA   92868


John Clifford Esq
Smith Chapman & Campbell
1800 North Broadway Suite 200
Santa Ana, CA   92706

Jose C Mericle
7731 Painter Avenue
Whittier, CA  90602


Kamal Alakamus
C/O Victor Cueto
2700 North Main Street #1040
Santa Ana, CA  92705


Karen S Naylor
Chapter 7 Trustee
Box 504
Santa Ana, CA  92702


Kaveh Ardalan
Attorney At Law
2100 North Broadway Suite 200
Santa Ana, CA  92705


Kenneth & Sally Franklin
C/O John Clifford Esq
1800 North Broadway Suite 200
Santa Ana, CA  92706


Michael S Magnuson
Attorney At Law
13215 Penn Street Suite 205
Whittier, CA  90602


Michael Tabarsi
1927A Harbor Blvd Suite 110
Costa Mesa, CA  92627


Mitchel B Hannah
Attorney At Law
9900 Research Drive
Irvine, CA  92618

Mokri & Associates
1851 East First Street Suite 900
Santa Ana, CA  92705


Nanette Sanders
Ringstad & Sanders
2030 Main Street 12th Floor
Irvine, CA  92614


Scott Clarkson
Attorney At Law
3424 Carson Street Suite 350
Torrance, CA  90503


Singerlewak
10960 Wilsire Blvd Suite 1100
Los Angeles, CA  90024


Sprint
Box 54977
Los Angeles, CA  90054


TOYOTA MOTOR CREDIT
Bankruptcy
Box 8026
Cedar Rapids, IA  52408


US Trustee
Santa Ana
411 West Fourth Street Suite 9041
Santa Ana, CA  92701


Wells Fargo
Box 98751
Las Vegas, NV  89193

```
Wells Fargo Mortgage
Bankruptcy
3476 Stateview Blvd
Fort Mill, SC  29715


Wells Fargo Mortgage Bankruptcy
C/O Managing Or Servicing Agent
3476 Stateview Blvd
Fort Mill, SC  29715
```

**Memorandum of Points and Authorities**

<u>Procedural History</u>

In 2005, debtor, Houshang 'Amir' Esfahani, and his brother-in-law, Kenneth Dale Franklin, purchased American Tow and Auto Repair, Inc., a California Corporation (equal shares). Initially, Mr. Franklin, among other things, assumed the position of the President and Chief Financial Officer.

On November 28, 2006, Plaintiffs, Kenneth D. Franklin and his wife, Sally Franklin, filed a Complaint for Involuntary Dissolution of the Corporation. The Complaint was later amended and alleged additional causes of actions for Accounting, Fraud, and Breach of Fiduciary Duty (Orange County Superior Court, Case No. 06CC12388) against the debtors (Houshang and Farrah Esfahani). The debtors answered and filed a cross-complaint against the Plaintiffs.

On August 11, 2009, the debtors filed for bankruptcy protection under Chapter 7 of the Bankruptcy Code.

On October 28, 2009, this Court granted Franklins' Motion for Relief from the Automatic Stay with respect to a pending lawsuit in Orange County Superior Court (Case No. 06CC12388). On December 15, 2009, Hon. Judge David T. McEachen, Orange County Superior Court, ordered the parties to complete the Arbitration of the remaining issues in the above-mentioned action.

<u>Argument</u>

A debtor who decides to file bankruptcy must also decide under what chapter to file. If the debtor decides that it wants to liquidate, then Chapter 7 is applicable. If the debtor wants to repay its debts over a period of time to keep valuable assets, then Chapters 11 or 13 would be applicable. However, sometimes a debtor, after filing under a particular chapter, realizes that another chapter would be more appropriate or changed circumstances. In the present case, the debtors now realize that another chapter would be more appropriate that make it possible to submit a payment plan under the provisions of Chapters 11.

1      <u>11 U.S.C. §706. Conversions.</u>:

2      "(a) The debtor may convert a case under this chapter to a case under chapter 11,
3  12, or 13 of this title at any time, if the case has not been converted under section 1112,
4  1208, or 1307 of this title. Any waiver of the right to convert a case under this subsection
5  is unenforceable.

6      (b) On request of a party in interest and after notice and a hearing, the court may
7  convert a case under this chapter to a case under chapter 11 of this title at any time.

8      (c) The court may not convert a case under this chapter to a case under chapter 12
9  or 13 of this title unless the debtor requests or consents to such conversion.

10     (d) Notwithstanding any other provision of this section, a case may not be
11 converted to a case under another chapter of this title unless the debtor may be a debtor
12 under such chapter."

13     As stated in the attached declaration, Mr. Esfahani believes that he can catch up"
14 past due debts through a payment plan under Chapter 11, which is the only reorganization
15 chapter available to them.

16                                <u>Conclusion</u>

17     The debtors have a statutory right to convert to Chapter 11 and reorganize their
18 debts. For the above-stated reasons, the Debtors respectfully request that the Court grant
19 their Motion.

20

21 Date: 01/25/10

22

23

24 _K. Ard._____

25 Kaveh Ardalan,
26 Attorney for the Debtors

27

28

---

Memorandum of Points and Authorities                                                 Page 2

## Declaration of Houshang Esfahani

I, Houshang Esfahani, declare as follows:

1. I am the Debtor in this Chapter 7 Petition.
2. If I appeared in Court and were sworn, I would testify to the truth of the facts stated herein.
3. On August 11, 2009, my wife and I filed a Chapter 7 Petition.
4. At that time, we wanted to liquidate our assets (mainly our shares/interest in the American Tow) and allow the trustee to determine our nonexempt assets and use the proceeds of such assets to pay our creditors in accordance with the provisions of the Bankruptcy Code.
5. As noted in the court file, we have to return to the State Court to complete (arbitrate) the remaining issues in the Franklin v. American Tow, et al. matter.
6. In addition, our monthly income has increased since we filed for bankruptcy in August. As such, we believe we could submit a repayment plan and catch up with our past due debts.
7. I respectfully ask the Court to grant my request to convert to Chapter 11.
8. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Santa Ana, California, on 01/25/10.

*[signature]*

Houshang Esfahani

Declaration of Houshang Esfahani    (1)